UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVEL COMMODITIES S.A.,

      Plaintiff,

  v.

QBE INSURANCE CORPORATION,

      Defendant.
------------------------------------------------------------X

No. 11-cv-6339 (PGG)
ECF CASE

**<u>NOTICE OF APPEARANCE</u>**

  PLEASE TAKE NOTICE that Victoria L. Melcher, an attorney duly admitted to practice in this Court and an attorney with the law firm of Clyde & Co US LLP, hereby appears in this action as counsel on behalf of Defendant QBE Insurance Corporation and requests that she be placed on the service list for this matter.

Dated: October 28, 2011
   New York, NY

              CLYDE & CO US LLP

      By: *(signature)*
              Victoria L. Melcher (VM0725)
              The Chrysler Building
              405 Lexington Avenue
              New York, New York 10174
              Victoria.Melcher@clydeco.us
              Telephone: (212) 710-3900
              Facsimile: (212) 710-3950