UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVEL COMMODITIES S.A.,            :
                                   :
                    Plaintiff,     :   No. 11-cv-6339 (PGG)
                                   :   ECF CASE
          v.                       :
                                   :   **RULE 7.1 STATEMENT**
QBE INSURANCE CORPORATION,         :
                                   :
                    Defendant.     :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant QBE Insurance Corporation ("QBE") hereby certifies that QBE, a private non-governmental party, is 100% owned by QBE Reinsurance Corporation, which is not a publicly held corporation.

Dated: New York, New York
       October 28, 2011

                                            Respectfully submitted,

                                            CLYDE & CO US LLP

                                            */s/ Victoria L. Melcher*

                                            Michael A. Knoerzer (MK8438)
                                            Victoria L. Melcher (VM0725)
                                            The Chrysler Building
                                            405 Lexington Avenue
                                            New York, New York 10174
                                            (212) 710-3900

                                            *Attorneys for Defendant*
                                            *QBE Insurance Corporation*