UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Novel Commodities S.A.

                      Plaintiff,

    -against-

QBE Insurance Corporation

                      Defendant.

--------------------------------------------------------

Case No.  11-cv-6339 (PGG)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Karen E. Abravanel
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KA8961    My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Simpson Thacher & Bartlett LLP
                    FIRM ADDRESS: 425 Lexington Avenue, New York, NY 10017
                    FIRM TELEPHONE NUMBER: (212) 455-2000
                    FIRM FAX NUMBER: (212) 455-2502

NEW FIRM:    FIRM NAME: Sullivan & Worcester LLP
                    FIRM ADDRESS: 1290 Ave. of the Americas, New York, NY 10104
                    FIRM TELEPHONE NUMBER: (212) 660-3000
                    FIRM FAX NUMBER: (212) 660-3001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 31, 2011

                                                             /s/ Karen E. Abravanel
                                                             ATTORNEY'S SIGNATURE