UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

NOVEL COMMODITIES S.A.,

          Plaintiff,

   - v -

QBE INSURANCE CORPORATION,

          Defendant.

------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/11
```

No. 11-cv-6339 (PGG)

ECF CASE

**STIPULATION**

IT IS HEREBY AGREED AND STIPULATED by and between the attorneys for Plaintiff Novel Commodities S.A. and Defendant QBE Insurance Corporation that the time for Plaintiff to serve and file a responsive pleading to the Counterclaim served and filed by Defendant on October 28, 2011 is hereby extended until and including November 23, 2011. The attorneys for Plaintiff have requested this extension to give their client sufficient time to review the draft pleading. Plaintiffs have neither requested nor obtained any previous extension of this deadline.

Dated: November 18, 2011

                                      SULLIVAN & WORCESTER LLP

                                      By: /s/ Karen E. Abravanel
                                      Michael T. Sullivan
                                      Andrew T. Solomon
                                      Karen E. Abravanel
                                      1290 Avenue of the Americas, 29th Floor
                                      New York, New York 10104
                                      Telephone: (212) 660-3000
                                      Facsimile: (212) 660-3001

                                      *Attorneys for Plaintiff*
                                      *Novel Commodities S.A.*

<205f>
<205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f><205f>
<205f><205f><205f>
<205f><205f><205f><205f><205f><205f><205f><205f><205f>

<205f><205f><205f><205f><205f><205f><205f><205f><205f>
<205f>
<205f>
<205f><205f>

CLYDE & CO US LLP

By: /s/ Victoria L. Melcher
Michael A. Knoerzer
Victoria L. Melcher
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950

*Attorneys for Defendant*
*QBE Insurance Corporation*

SO ORDERED this 21st day of November, 2011

_____
Hon. Paul G. Gardephe, USDJ