UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOVEL COMMODITIES S.A.,                          :
:   No. 11-cv-6339 (PGG)
                Plaintiff,                     :   ECF CASE
:
v.                                               :   **NOTICE OF APPEARANCE**
:
QBE INSURANCE CORPORATION,                       :
:
                Defendant.                     :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that Michael A. Knoerzer, an attorney duly admitted to practice in this Court and an attorney with the law firm of Clyde & Co US LLP, hereby appears in this action as counsel on behalf of Defendant QBE Insurance Corporation and requests that he be placed on the service list for this matter.

Dated: December 1, 2011
       New York, NY

                                          CLYDE & CO US LLP

                      By:    _____
                                          Michael A. Knoerzer (MK8438)
                                          The Chrysler Building
                                          405 Lexington Avenue
                                          New York, New York 10174
                                          Michael.Knoerzer@clydeco.us
                                          Telephone: (212) 710-3900
                                          Facsimile: (212) 710-3950