

Sullivan & Worcester LLP  
1290 Avenue of the Americas  
New York, NY 10104

T 212 660 3000  
F 212 660 3001  
www.sandw.com

December 7, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/11
```

By Facsimile: (212) 805-7986

The Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

Re:   Novel Commodities S.A. v. QBE Insurance Corporation, 11 Civ. 6339

Dear Judge Gardephe:

We represent the Plaintiff in the above-referenced case. The Court has scheduled an initial pretrial conference in this case at 10:30 a.m. on December 20, 2011. We write to request that the conference be rescheduled to 11:30 a.m. on the same day. Counsel for the Defendant does not object to this request.

Respectfully submitted,

*Karen E. Abravanel*

Karen E. Abravanel  
Attorney at Law

Direct line: 212-660-3069  
kabravanel@sandw.com

cc:   Michael A. Knoerzer (via e-mail)  
      Victoria L. Melcher (via e-mail)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: Dec. 8, 2011

BOSTON   NEW YORK   WASHINGTON, DC