UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVEL COMMODITIES S.A.,

                               Plaintiff,

                v.

QBE INSURANCE CORPORATION,

                              Defendant.
------------------------------------------------------------X

No. 11-cv-6339 (PGG)
ECF CASE

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Novel Commodities S.A. and Defendant QBE Insurance Corporation that the deadline for completion of fact discovery in this matter is hereby extended until and including March 2, 2012. It is represented that the parties have agreed to this extension in order to accommodate the rescheduling of the deposition of third-party witness James Besch. Both parties agree to this extension. No previous extension has been obtained.

DATED: February 17, 2012

                                                              CLYDE & CO US LLP

                                               By: _____
                                                 Michael A. Knoerzer
                                                 Victoria L. Melcher
                                                 The Chrysler Building
                                                 405 Lexington Avenue
                                                 16th Floor
                                                 New York, New York 10174
                                                 Telephone: (212) 710-3900
                                                 Facsimile: (212) 710-3950

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/12

                                                 *Attorneys for Defendant*
                                                 *QBE Insurance Corporation*

SULLIVAN & WORCESTER LLP

By: *Karen E. Abravanel*
Michael T. Sullivan
Andrew T. Solomon
Karen E. Abravanel
1290 Avenue of the Americas
29th Floor
New York, NY 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Plaintiff*
*Novel Commodities S.A.*

SO ORDERED this 29th day of February, 2012

_____
Hon. Paul G. Gardephe, USDJ