

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

April 25, 2012

By Facsimile: (212) 805-7986

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/12

Re:   Novel Commodities S.A. v. QBE Insurance Corporation, 11 Civ. 6339

Dear Judge Gardephe:

We represent the Plaintiff.  We write to request the Court's approval of adjustments to the
parties' earlier agreed briefing schedule for anticipated cross-motions for summary
judgment.  The Defendant has agreed to these adjustments, which we requested.

The proposed adjustments are as follows:

| Event | Current Dates (Dkt. No. 16) | Proposed New Dates |
|-------|------------------------------|--------------------|
| Initial motion papers | April 26, 2012 | May 2, 2012 |
| Opposition motion papers | May 29, 2012 | June 8, 2012 |
| Reply motion papers | June 18, 2012 | June 29, 2012 |

Neither party has previously requested or obtained an extension of this schedule.

May we so proceed?

Respectfully submitted,

Karen E. Abravanel

Karen E. Abravanel

Direct line:  212-660-3069
kabravanel@sandw.com

cc:   Michael A. Knoerzer (via e-mail)
      Victoria L. Meicher (via e-mail)

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

Paul G. Gardephe. U.S.D.J.

Dated ____ April 27, 2012