UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                                              :

NOVEL COMMODITIES S.A.,              :

                                                              :           No. 11-cv-6339 (PGG)

                 Plaintiff,               :

                                                              :                  ECF CASE

   - v -                                         :

                                                              :

QBE INSURANCE CORPORATION,     :

                                                              :

                 Defendant.             :

------------------------------------------ X

**NOTICE OF CHANGE OF ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      I have cases pending in this jurisdiction.

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Karen E. Abravanel**.

      My SDNY Bar number is KA8961.  My State Bar number is 4265997.

      I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:     Sullivan & Worcester LLP
                           1290 Avenue of the Americas, 29th Floor,
                           New York, NY 10104
                           Firm Telephone Number:  (212) 660-3000
                           Firm Fax Number:  (212) 660-3001

NEW ADDRESS:    Sullivan & Worcester LLP
                           1633 Broadway, 32nd Floor
                           New York, NY 10019
                           Firm Telephone Number:  (212) 660-3000
                           Firm Fax Number:  (212) 660-3001

      I will continue to be counsel of record for Novel Commodities S.A. in the above-entitled case.

Dated:  New York, New York
       June 7, 2012                            By:/s/
                                                     Karen E. Abravanel

TO:
Michael A. Knoerzer
Clyde & Co US LLP
405 Lexington Ave
New York, NY 10174

*Attorneys for Defendant*