UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
:
NOVEL COMMODITIES S.A.,                   :
                                          :   No. 11-cv-6339 (PGG)
           Plaintiff,                     :
                                          :   ECF CASE
    - v -                                 :
                                          :
QBE INSURANCE CORPORATION,                :
                                          :
           Defendant.                     :
                                          :
----------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    I have cases pending in this jurisdiction.

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Andrew T. Solomon**.

    My SDNY Bar number is AS9200.  My State Bar number is 2758597.

    I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:   Sullivan & Worcester LLP
               1290 Avenue of the Americas, 29th Floor,
               New York, NY 10104
               Firm Telephone Number:  (212) 660-3000
               Firm Fax Number:  (212) 660-3001

NEW ADDRESS:   Sullivan & Worcester LLP
               1633 Broadway, 32nd Floor
               New York, NY 10019
               Firm Telephone Number:  (212) 660-3000
               Firm Fax Number:  (212) 660-3001

    I will continue to be counsel of record for Novel Commodities S.A. in the above-entitled case.

Dated: New York, New York
       June 7, 2012                        By: /s/
                                                  Andrew T. Solomon

TO:
Michael A. Knoerzer
Clyde & Co US LLP
405 Lexington Ave
New York, NY 10174

*Attorneys for Defendant*