UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                                   :

NOVEL COMMODITIES S.A.,                :
                                                   :          No. 11-cv-6339 (PGG)
                Plaintiff,          :
                                                   :          ECF CASE
   - v -                                           :

QBE INSURANCE CORPORATION,     :

                Defendant.       :
------------------------------------------ X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      I have cases pending in this jurisdiction.

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Michael T. Sullivan**.

      My SDNY Bar number is MS3158.  My State Bar number is 1711746.

      I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:      Sullivan & Worcester LLP
                             1290 Avenue of the Americas, 29th Floor,
                             New York, NY 10104
                             Firm Telephone Number:  (212) 660-3000
                             Firm Fax Number:  (212) 660-3001

NEW ADDRESS:     Sullivan & Worcester LLP
                             1633 Broadway, 32nd Floor
                             New York, NY 10019
                             Firm Telephone Number:  (212) 660-3000
                             Firm Fax Number:  (212) 660-3001

      I will continue to be counsel of record for Novel Commodities S.A. in the above-entitled case.

Dated:  New York, New York
       June 7, 2012                                    By:/s/
                                                                     Michael T. Sullivan

TO:
Michael A. Knoerzer
Clyde & Co US LLP
405 Lexington Ave
New York, NY 10174

*Attorneys for Defendant*