UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOVEL COMMODITIES S.A.,                          :
                                                 :   No. 11-cv-6339 (PGG)
                          Plaintiff,             :   ECF CASE
                                                 :
                                                 :
          v.                                     :   **<u>NOTICE OF APPEARANCE</u>**
                                                 :
QBE INSURANCE CORPORATION,                       :
                                                 :
                          Defendant.             :
-------------------------------------------------------------X

PLEASE TAKE NOTICE that Stephen M. Kennedy, an attorney duly admitted to

practice in this Court and a member of the law firm of Clyde & Co US LLP, hereby appears in

this action as counsel on behalf of Defendant QBE Insurance Corporation and requests that he be

placed on the service list for this matter.


Dated:  April 2, 2013
        New York, NY



                            CLYDE & CO US LLP



                 By:        _____/s/ Stephen M. Kennedy
                            Stephen M. Kennedy (SK5572)
                            The Chrysler Building
                            405 Lexington Avenue
                            New York, New York 10174
                            Stephen.Kennedy@clydeco.us
                            Telephone: (212) 710-3900
                            Facsimile: (212) 710-3950