UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
NOVEL COMMODITIES S.A.,

          Plaintiff,

    - v -

QBE INSURANCE CORPORATION,

          Defendant.

------------------------------------------- X

No. 11-cv-6339 (PGG)

ECF CASE

**NOTICE OF MOTION
FOR RECONSIDERATION**

      **PLEASE TAKE NOTICE THAT,** upon the accompanying memorandum of law, and all prior pleadings and proceedings had herein, plaintiff Novel Commodities S.A. ("Novel"), pursuant to Local Civil Rule 6.3, will move this Court, Hon. Paul G. Gardephe, in Courtroom 6B of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for reconsideration of that portion of the Court's March 30, 2013 Order (dkt. no. 39) that denied Novel's motion for summary judgment, and for entry of an order granting Novel summary judgment against defendant QBE Insurance Corporation pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE, that pursuant to Local Civil Rules 6.1(b) and 6.3, any opposing memorandum of law shall be served within fourteen days after service of this motion, and any reply memorandum shall be served within seven days after service of the opposition.

Dated: New York, New York          SULLIVAN & WORCESTER LLP
       April 11, 2013

By: /s/ Michael T. Sullivan
    Michael T. Sullivan
    Andrew T. Solomon
    Karen E. Abravanel
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
msullivan@sandw.com
asolomon@sandw.com
kabravanel@sandw.com

*Attorneys for Plaintiff*
*Novel Commodities S.A.*

To:    Michael A. Knoerzer, Esq.
       Victoria L. Melcher, Esq.
       CLYDE & CO US LLP
       The Chrysler Building
       405 Lexington Avenue
       New York, New York 10174
       Telephone: (212) 710-3900

       *Attorneys for Defendant*
       *QBE Insurance Corporation*