

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

## MEMO ENDORSED

*The application to extend the current dates and deadlines in this case is denied.*

April 12, 2013

**SO ORDERED:**

*Paul␣S␣Gardephe*
_____
**Paul G. Gardephe, U.S.D.J.**
Dated: *April 16, 2013*

By Facsimile: (212) 805-7986

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   Novel Commodities S.A. v. QBE Insurance Corporation, 11 Civ. 6339

Dear Judge Gardephe:

We represent the Plaintiff in the above-referenced action. We write to request an extension of the dates and deadlines set out in the Court's Order dated March 30, 2013 (dkt. no. 39) (the "March 30 Order").

As the Court may be aware, Plaintiff yesterday filed a motion for reconsideration of the March 30 Order (dkt. no. 42). A courtesy copy of Plaintiff's motion is en route to Chambers. To accommodate the briefing schedule for, and the Court's consideration of, that motion, and potentially to avoid unnecessary expense and inconvenience, Plaintiff respectfully requests an extension of the dates and deadline set out in the March 30 Order, as follows:

| Event | Deadline in March 30 Order | Proposed New Deadline |
|---|---|---|
| Joint Pre-Trial Order, Motions In Limine, Voir Dire Requests and Requests to Charge | April 30, 2013 | 45 days following the Court's entry of an order resolving Plaintiff's motion for reconsideration |
| Trial | May 20, 2013 | 20 days following the parties' submission of the Joint Pre-Trial Order |

Neither party has previously requested or obtained an extension of this schedule. Counsel for Defendant has not consented to this request, out of respect for the March 30 Order.

BOSTON   NEW YORK   WASHINGTON, DC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/13
```

The Honorable Paul G. Gardephe
Page 2
April 12, 2013

Respectfully submitted,

*Karen E. Abravanel*

Karen E. Abravanel

Direct line: 212-660-3069
kabravanel@sandw.com

cc:   Michael A. Knoerzer (via e-mail)
      Victoria L. Melcher (via e-mail)