UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOVEL COMMODITIES S.A., :
:
                       Plaintiff, :      No. 11-cv-6339 (PGG)
:       ECF CASE
v. :
:
QBE INSURANCE CORPORATION, :
:
                       Defendant. :
------------------------------------------------------------X

## NOTICE OF DEFENDANT QBE INSURANCE CORPORATION'S MOTION TO EXCLUDE EVIDENCE OF THE SCOPE OF NOVEL'S OTHER INSURANCE

**PLEASE TAKE NOTICE** that Defendant QBE Insurance Corporation ("QBE"), by and through its attorneys, Clyde & Co US LLP, hereby moves this Court at the United States Courthouse, Courtroom 6B, 500 Pearl Street, New York, New York 10007, before the Honorable Paul G. Gardephe, for an order pursuant to Rule 402 of the Federal Rules of Evidence excluding any evidence, including but not limited to Novel's Exhibit 1, regarding insurance policies issued to Novel by insurers other than QBE, and for such other and further relief as may seem appropriate to the Court.

This motion is based upon QBE's Memorandum of Law in Support of its Motion for to Exclude Evidence of the Scope of Novel's Other Insurance dated April 30, 2013 and the Affidavit of Michael A. Knoerzer, Esq. dated April 30, 2013 and the exhibits attached thereto.

Pursuant to the Court's Order dated March 30, 2013, opposition papers are to be filed by May 14, 2013.

Dated: New York, New York
April 30, 2013

                                  CLYDE & CO US LLP

                                  By: _____
                                  Michael A. Knoerzer
                                  Stephen M. Kennedy
                                  Victoria L. Melcher
                                  The Chrysler Building
                                  405 Lexington Avenue,
                                  16th Floor
                                  New York, New York 10174
                                  (212) 710-3900

                                  *Attorneys for Defendant*
                                  *QBE Insurance Corporation*