UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NOVEL COMMODITIES S.A.,           :
                                  :
           Plaintiff,             :    No. 11-cv-6339 (PGG)
                                  :    ECF CASE
    v.                            :
                                  :
QBE INSURANCE CORPORATION,        :
                                  :
           Defendant.             :
-------------------------------------------------------------X

## NOTICE OF DEFENDANT QBE INSURANCE CORPORATION'S MOTION TO EXCLUDE EVIDENCE OF CLAIMS HANDLING PROCEDURES OR BAD FAITH-TYPE EVIDENCE

**PLEASE TAKE NOTICE** that Defendant QBE Insurance Corporation ("QBE"), by and through its attorneys, Clyde & Co US LLP, hereby moves this Court at the United States Courthouse, Courtroom 6B, 500 Pearl Street, New York, New York 10007, before the Honorable Paul G. Gardephe, for an order pursuant to Rule 602 of the Federal Rules of Evidence excluding evidence of QBE's claims handling procedures and bad faith-type evidence, and for such other and further relief as may seem appropriate to the Court.

This motion is based upon QBE's Memorandum of Law in Support of its Motion to Exclude Evidence of Claims Handling Procedures or Other Bad Faith-Type Evidence dated April 30, 2013.

Pursuant to the Court's Order dated March 30, 2013, opposition papers are to be filed by May 14, 2013.

Dated: New York, New York
April 30, 2013

                                              CLYDE & CO US LLP

                                       By: _____
                                           Michael A. Knoerzer
                                           Stephen M. Kennedy
                                           Victoria L. Melcher
                                           The Chrysler Building
                                           405 Lexington Avenue,
                                           16th Floor
                                           New York, New York 10174
                                           (212) 710-3900

                                           *Attorneys for Defendant*
                                           *QBE Insurance Corporation*