USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVEL COMMODITIES S.A.,

            Plaintiff,

    v.

QBE INSURANCE CORPORATION,

            Defendant.

**ORDER**

11 Civ. 6339 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will hold a pre-trial conference in this matter on **Friday, May 17, 2013 at 3:30 p.m.** in Courtroom 705 of the United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 8, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge