UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Novel Commodities S.A.         Plaintiff,        Case No. 11-CV-6339 (PGG) (ECF Case)

-against-

QBE Insurance Corporation      Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Victoria Leigh Melcher
FILL IN ATTORNEY NAME

My SDNY Bar Number is: VM0725          My State Bar Number is 4300711

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dewey & LeBoeuf LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: (212) 259-6000
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Clyde & Co US LLP
            FIRM ADDRESS: 405 Lexington Ave., New York, NY 10174
            FIRM TELEPHONE NUMBER: (212) 710-3957
            FIRM FAX NUMBER: (212) 710-3950

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 05/10/2013

ATTORNEY'S SIGNATURE