UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/15/2013___
```

NOVEL COMMODITIES S.A.,

            Plaintiff,

v.

QBE INSURANCE CORPORATION,

            Defendant.

**ORDER**

11 Civ. 6339 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant QBE Insurance Corporation will submit a letter to the Court by Thursday, May 16, 2013 at 5:00 p.m. stating whether it has a copy of Policy # 398148R issued by Euler Hermes American Credit Indemnity Company, and, if so, when it first obtained a copy of this Policy. This Policy is the subject of one of Defendant's motions in limine (Dkt. No. 48).

Dated: New York, New York
      May 15, 2013

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge