UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVEL COMMODITIES S.A.,

        Plaintiff,

v.

QBE INSURANCE CORPORATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/13

**ORDER**

11 Civ. 6339 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Briefing on Defendant's motion for judgment as a matter of law will proceed based on the following schedule:

1. Moving brief will be submitted by **June 24, 2013**.
2. Opposition papers will be submitted by **July 15, 2013**.
3. Reply will be submitted by **July 29, 2013**.

Dated: New York, New York
      May 24, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge