*Docket + File*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVEL COMMODITIES S.A.,

                Plaintiff,

    v.

QBE INSURANCE CORPORATION,

                Defendant.

11 Civ. 6339 (PGG)

**VERDICT FORM**

        Has QBE Insurance Corporation met its burden of proof as set forth in the Court's jury instructions?

        Yes _____        No ✓

**Please sign and date the form and tell the marshal that the jury has reached a verdict.**

_/s/_
Signature of Foreperson
May 23, 2013.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/13
```