

| Sullivan & Worcester LLP | T 212 660 3000 |
| 1633 Broadway | F 212 660 3001 |
| New York, NY 10019 | www.sandw.com |

July 12, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/13
```

By Facsimile: (212) 805-7986

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007-1312

Re:   Novel Commodities S.A. v. QBE Insurance Corporation, 11 Civ. 6339

Dear Judge Gardephe:

We represent the Plaintiff. We write to request the Court's approval of adjustments to the briefing schedule for Defendant's motion for judgment as a matter of law. See May 24, 2013 Order (dkt. no. 70). The Defendant has agreed to these adjustments, which we requested as a matter of professional courtesy.

The proposed adjustments are as follows:

| Brief | Current deadline | New deadline |
|---|---|---|
| Plaintiff's Opposition Brief | July 15, 2013 | July 22, 2013 |
| Defendant's Reply Brief | July 29, 2013 | August 5, 2013 |

Neither party has previously requested or obtained an extension of this schedule.

Respectfully submitted,

/s/

Karen E. Abravanel

Direct line: 212-660-3069
kabravanel@sandw.com

cc:   All counsel of record (by e-mail)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 12, 2013