UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  NOVEL COMMODITIES S.A.,                :

                              Plaintiff,              :        No. 11-cv-6339 (PGG)
                                               :        ECF CASE
              v.                                     :

  QBE INSURANCE CORPORATION,        :

                              Defendant.            :
------------------------------------------------------------X

## NOTICE OF DEFENDANT QBE INSURANCE CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law submitted herewith, Defendant QBE Insurance Corporation ("QBE"), by and through its attorneys, Clyde & Co US LLP, shall move this Court at the United States Courthouse, Courtroom 705, 40 Foley Square, New York, New York 10007, before the Honorable Paul G. Gardephe, for judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order dated May 24, 2013, any opposing affidavits and answering memoranda shall be served by July 15, 2013, and any reply affidavits and memoranda of law shall be served by July 29, 2013.

Dated: New York, New York
       June 24, 2013

                              CLYDE & CO US LLP

                        By: */S/ Michael A. Knoerzer*
                            Michael A. Knoerzer
                            Stephen M. Kennedy
                            Victoria L. Melcher
                            The Chrysler Building
                            405 Lexington Avenue, 16th Floor
                            New York, New York 10174
                            (212) 710-3900

                            *Attorneys for Defendant*
                            *QBE Insurance Corporation*