

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
Stephen.Kennedy@clydeco.us

November 5, 2013

**BY ECF AND FAX**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:   **Novel Commodities S.A. v. QBE Insurance Corporation**
       **(Index No. 11-CV-6339)**

Dear Judge Gardephe:

We represent Defendant QBE Insurance Corporation ("QBE") in the above-referenced action.  We write to follow up on our letter to Your Honor that was filed earlier this morning, requesting emergency relief from a Restraining Notice served by Plaintiff upon QBE's bank, JP Morgan Chase Bank, N.A. ("JP Morgan").

We have just been informed by our client that JP Morgan has lifted the hold on QBE's funds per Plaintiff's counsel's instructions of November 1, 2013.  QBE, therefore, hereby withdraws its request for relief from the Restraining Notice.

We thank the Court for its time and consideration.

Respectfully submitted,

Stephen M. Kennedy /VLM

Stephen M. Kennedy

cc:   Michael T. Sullivan, Esq. (via ECF)
      Karen E. Abravanel, Esq. (via ECF)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York, San Francisco and New Jersey.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales that practices from branch and affiliate* offices in:  Abu Dhabi, Bangalore*, Belgrade*, Caracas, Dar es Salaam, Doha, Dubai, Guildford, Hong Kong, London, Moscow, Mumbai*, Nantes, Paris, Piraeus, Rio de Janeiro, Riyadh*, Shanghai, Singapore and St. Petersburg*