

SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

Direct Line: 212 660 3069
kabravanel@sandw.com

November 22, 2013

**BY FACSIMILE**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2013
```

　　　Re:　Novel Commodities S.A. v. QBE Insurance Corporation, 11 Civ. 6339 (PGG)

Dear Judge Gardephe:

　　　We represent the judgment creditor, Novel Commodities S.A. I have conferred with counsel for the judgment debtor, QBE Insurance Corporation, and have confirmed that all parties are available for a status conference in this matter on Tuesday, November 26 at 10:15 a.m.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　Karen E. Abravanel

cc:　Stephen Kennedy, Esq. and Victoria Melcher, Esq. (by e-mail)

**SO ORDERED:**

_/s/ Paul Gardephe_
**Paul G. Gardephe, U.S.D.J.**
Dated: _Nov. 22, 2013_