```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 5, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVEL COMMODITIES S.A.,

        Plaintiff,

v.

QBE INSURANCE CORPORATION,

        Defendant.

**ORDER**

11 Civ. 6339 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this matter presently scheduled for December 6, 2013 at 10:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York is adjourned *sine die*.

Dated: New York, New York
       December 5, 2013

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge