```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NOVEL COMMODITIES S.A.,

        Plaintiff,

- v -

QBE INSURANCE CORPORATION,

        Defendant.
------------------------------------------------------------ X

No. 11-cv-6339 (PGG)

ECF CASE

**SATISFACTION OF JUDGMENT**
In favor of NOVEL COMMODITIES S.A.

#13, 1118

    WHEREAS, a judgment was entered in the above action on May 30, 2013, in favor of Plaintiff Novel Commodities S.A. ("Novel") and against Defendant QBE Insurance Corporation ("QBE"), in the total amount of $11,651,523.18, and said judgment with interest thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshal,

    THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       December 20, 2013

SULLIVAN & WORCESTER LLP

By: _____
    Michael T. Sullivan
    Andrew T. Solomon
    Karen E. Abravanel
1633 Broadway
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Novel Commodities S.A.*

STATE OF NEW YORK      )
                       )   ss:
COUNTY OF NEW YORK     )

On the 20th day of December 2013, before me personally came Michael T. Sullivan, to me known and known to be a member of the firm of Sullivan & Worcester LLP, attorneys for Novel Commodities S.A., the plaintiff and judgment creditor in the above-entitled action, and to be the same person described in and who executed the foregoing satisfaction of judgment and acknowledged to me that he executed the same.

NOTARY PUBLIC
BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 15